**Daniel Richard FORD, III, Petitioner—Appellant,**

v.

**Gene M. JOHNSON, Director, Virginia Department of Corrections, Respondent—Appellee.**

No. 04–7853.

United States Court of Appeals, Fourth Circuit.

Submitted: March 9, 2005.

Decided: March 24, 2005.

Barbara Lynn Hartung, Richmond, Virginia, for Appellant.

Donald Eldridge Jeffrey, III, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Daniel Richard Ford, III seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have independently reviewed the record and conclude on the reasoning of the district court that Ford has not made a substantial showing of the denial of a constitutional right. *See Ford v. Johnson,* No. CA–02–1623–1 (E.D.Va. Oct. 14, 2004). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*